Kenneth W. Harper
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA  98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUDGET ARBOR & LOGGING, LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF SPOKANE VALLEY,<br><br>                    Defendant. | NO.<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)<br><br>[From Spokane County Superior Court Cause No. 20-2-02122-32) |

TO:    CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that defendant hereby removes to this Court the state court action described below:

1.    An action was commenced in the Superior Court of the State of Washington in and for Spokane County entitled *Budget Arbor & Logging, LLC, a Washington limited liability company v. City of Spokane Valley,* attached hereto as Exhibit 1.  The complaint was filed on August 5, 2020.

NOTICE OF REMOVAL OF ACTION - 1

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

2. The date upon which defendant received a copy of the said complaint was August 6, 2020, when Spokane Valley City Manager Mark Calhoun received a copy of the same together with a summons. A copy of the summons is attached hereto as Exhibit 2.

3. This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a), in that it arises under the United States Constitution and 42 U.S.C. § 1983. The complaint alleges causes of action invoking 42 U.S.C. § 1983 as a result of the alleged violation of plaintiff's rights to due process, equal protection, and the Eighth Amendment of the United States Constitution. *See* Exhibit 1 (complaint) at ¶¶ 3.1 – 7.3.

4. Defendant City of Spokane Valley is the sole defendant in this matter and hereby consents to the removal of this case to this Court.

5. All other pleadings filed in the state court action are attached hereto as Exhibit 3.

DATED this 14th day of August, 2020.

                         s/ KENNETH W. HARPER
                         WSBA #25578
                         Menke Jackson Beyer, LLP

NOTICE OF REMOVAL OF ACTION - 2

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Attorneys for Defendant
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com

NOTICE OF REMOVAL OF ACTION - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Robb E. Grangroth | robb@spokelaw.com |
| Douglas R. Dick | doug@spokelaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

> s/KENNETH W. HARPER
> WSBA #25578
> Attorneys for Defendant
> Menke Jackson Beyer, LLP
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kharper@mjbe.com

NOTICE OF REMOVAL OF ACTION - 4

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351