# EXHIBIT 2

COPY
Original Filed
AUG 0 5 2020
Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

BUDGET ARBOR & LOGGING, LLC, a Washington Limited Liability Company,

Plaintiff,

v.

CITY OF SPOKANE VALLEY,

Defendant.

NO. 20202122-32

SUMMONS

A lawsuit has been started against you in the above-entitled Court by BUDGET ARBOR & LOGGING, LLC, a Washington State LLC, Plaintiff. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons within twenty (20) days after the service of this Summons, sixty (60) days if served out of state, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he/she asks for because you have not responded. If you serve a Notice of Appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1


RECEIVED
AUG 0 6 2020
City of Spokane Valley
City Clerk

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

Notice of Removal of Action - 20

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service of said Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time. This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 5 day of August, 2020.

Phillabaum, Ledlin, Matthews, & Sheldon, PLLC

By: _____
Robb E. Grangroth, WSBA No. 31103
Douglas Dick, WSBA No. 46519
Attorneys for Plaintiff

SUMMONS - 2

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
Fax (509) 625-1909

Notice of Removal of Action - 21