# EXHIBIT 3

CN: 2020212232
**SN: 3**
PC: 2

FILED

AUG 0 7 2020

Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF SPOKANE

BUDGET ARBOR & LOGGING, LLC, a
Washington Limited Liability Company,

Plaintiff(s),

vs.

CITY OF SPOKANE VALLEY,

Defendant(s).

NO.  20202122-32

DECLARATION OF SERVICE

I DECLARE:

1.  I am over the age of 18 years, and I am not a party to this action.

2.  I served  City of Spokane Valley  with the following documents:

> [ ]  a summons, a copy of which is attached, and a petition in this action.
> [ ]  a parenting plan.
> [ ]  an order to show cause
> [x]  other:

> Summons, Complaint for Civil Rights Violations and for Declaratory Judgment and Request for Injunctive and Declaratory Relief and Case Assignment Notice and Order

3.  The date, time and place of service were (if by mail refer to Paragraph 4 below):

> Date: August 6, 2020      Time:  1:52 PM

> Address:  10210 E. Sprague Ave. (Spokane Valley City Hall)
> Spokane Valley, WA 99206

Page 1

4.      Service was made pursuant to Civil Rule 4(d)

      [ ]      by delivery to the person(s) named in paragraph 2 above.

      [x]     by delivery to  Mark Calhoun, City Manager for the City of Spokane Valley   a person of suitable age and discretion working therein.

      [ ]      by publication as provided in RCW 4.28.100.  (A copy of the summons is attached.)

      [ ]      (check only if there is a court order authorizing service by mail) by mailing a copy postage prepaid to the person named in the order entered by the court on _____ [Date].  One copy was mailed by ordinary first class mail, the other copy was sent by certified mail return receipt requested.  (Attach return receipt below.) The copies were mailed on_____ [Date].

5.      Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at        Spokane, Washington            on        August 6, 2020
                          [Place]                                                        [Date]

Notary Public
State of Washington
SUSAN C DAULT
MY COMMISSION EXPIRES
APRIL 14, 2022

Subscribed and sworn to before this _____
day of _____, 2020.

x _____
Notary Public in and for the State of
Washington, Residing in Spokane

Signature

Pete Caruso, WA PI #4456
Print or Type Name

April 14, 2022
My Commission Expires

Page 2