FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUDGET ARBOR & LOGGING LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPOKANE VALLEY,<br><br>Defendant. | NO. 2:20-CV-00286-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 8. The parties agree and request that the Court dismiss the above-captioned case without prejudice and without fees or costs to either party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court dismisses this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 8, is **GRANTED**.

2. The above-captioned matter is **DISMISSED** without prejudice and without fees or costs to either party.

3. The trial date in this matter is **STRICKEN**.

//
//
//

**ORDER OF DISMISSAL** * 1

4. Any pretrial deadlines are **STRICKEN**. Any pending pretrial motions are also **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** the file.

**DATED** this 5th day of April 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** * 2